In the Matter of FANNIE ENGLE, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued April 2, 1951; decided April 13, 1951.

*Nathan Frankel* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Emory Gardiner* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.